**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VS.** | * | **NO. 19-CV-12378** |
| **ANH THI VAN** | * | **SECTION "____"** |
| | * | **MAGISTRATE** |
| | * * * | |

## COMPLAINT

   **NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes Plaintiff, the United States of America, and respectfully submits its Complaint against Defendant, Anh Thi Van, and hereby alleges the following:

### Parties, Jurisdiction, and Venue

1.

   Plaintiff is the United States of America proceeding in its sovereign capacity.

2.

   Defendant is Anh Thi Van ("Van"), who is domiciled at 13559 Dwyer Blvd., New Orleans, LA 70129.

3.

   Jurisdiction is proper under 28 U.S.C. § 1345 and 15 U.S.C. § 634(b)(1).

4.

   Venue is proper in this judicial district under 28 U.S.C. § 1391(b) since Van is domiciled in this judicial district.

- 1 -

## Facts

5.

Plaintiff files the instant Complaint as a result of Defendant defaulting on two loans issued by the Small Business Administration (SBA).

6.

First, on April 1, 2006, Van signed an SBA document captioned "Note (Secured Disaster Loans) (hereinafter "Note 1")."

7.

The SBA Loan Authorization approved Loan Number DLH15428060-01 to Van in the amount of $53,600.00.

8.

The SBA loan was authorized to rehabilitate/replace disaster-damaged personal property at 13559 Dwyer Blvd., New Orleans, LA 70129 caused by Hurricane Katrina in August 2005.

9.

The SBA loan provided that interest would accrue on the principal amount of $53,600.00 at a rate of 2.68 % annually and that Van was to make installment payments of $227.00 monthly, beginning 12 months from April 1, 2006.

10.

The SBA loan further provided that if Van violated any of the terms or conditions of the SBA loan, the loan would be in default and the SBA may declare all or any part of the indebtedness immediately due and payable.

11.

Van signed Note 1 dated April 1, 2006 to the SBA promising to repay the SBA loan amount of $53,600.00.

12.

Note 1 reiterated that Van was to make installment payments of $227.00 monthly, beginning 12 months from April 1, 2006.

13.

Note 1 further specified that in the event of default, the SBA may require immediate payment of all amounts owing under the SBA loan and file suit to obtain judgment.

14.

Note 1 also provided that the SBA may collect and demand reimbursement for expenses incurred in efforts to collect amounts due under Note 1 and SBA loan.

15.

Note 1 was modified on August 1, 2007, reducing the principal to $40,000.00 and reducing the installment payments to $172.00 monthly, beginning April 1, 2007.  The interest rate and terms of the loan otherwise remained the same.

16.

Van failed to make her monthly payments of $172.00 for Note 1 and was placed in default September, 2013.

17.

Additionally, on August 15, 2012, Van signed a second Promissory Note ("Note 2").

18.

The SBA Loan Authorization approved Loan Number 53612750-00 to Van in the amount of $25,000.00.

19.

The SBA loan provided that interest would accrue on the principal amount of $25,000.00, and the loan was to reach maturity in 12 months with the first payment due on October 1, 2012.

20.

This SBA loan has a variable interest rate.  The index currently is 3.25% per annum. Interest prior to maturity on the unpaid principal balance of this note will be calculated as described in the interest calculation method paragraph using a rate of 6.50 percentage points over the index, resulting in an initial rate of 9.750% per annum based on a year of 360 days.

21.

The SBA loan further provided that if Van violated any of the terms or conditions of the SBA loan, the loan would be in default and the SBA may declare all or any part of the indebtedness immediately due and payable.

22.

Van signed Note 2 dated August 15, 2012 to the SBA promising to repay the SBA loan amount of $25,000.00.

23.

Note 2 reiterated the loan was to reach maturity in 12 months with the first payment due on October 1, 2012.

- 4 -

24.

Note 2 further specified that in the event of default, the SBA may require immediate payment of all amounts owing under the SBA loan and file suit to obtain judgment.

25.

Note 2 also provided that the SBA may collect and demand reimbursement for expenses incurred in efforts to collect amounts due under Note 2 and SBA loan.

26.

Van failed to make her monthly payments for Note 2 and was placed in default July, 2014.

### Cause of Action

27.

Due to Van's default on the SBA loan and Note 1, and after crediting all of Van's payments, the United States is entitled to a money judgment in its favor and against Anh Thi Van for the total unpaid principal amount of the SBA loan, $29,653.61, plus administrative charges of $10,699.76, and post-judgment interest.   *See* Certificate of Indebtedness, Ex. 1.

Furthermore, due to Van's default on the SBA loan and Note 2, and after crediting all of Van's payments, the United States is entitled to a money judgment in its favor and against Anh Thi Van for the total unpaid principal amount of the SBA loan, $23,590.72, plus interest accrued through April 8, 2019 of $7,450.79, interest accrued from April 9, 2019 to the date of judgment, administrative charges of $11,200.54, costs pursuant to 28 U.S.C. § 2412, and post-judgment interest.   *See* Certificate of Indebtedness, Ex. 2.

**WHEREFORE**, the United States prays that its Complaint be deemed good and sufficient and that, after due proceedings, there be judgment in its favor awarding:

1)      the amount of $29,653.61 for Note 1, plus administrative charges of $10,699.76; additionally, the amount of $23,590.72 for Note 2, plus interest accrued through April 8, 2019 of $7,450.79, additional interest from April 9, 2019 to the date of judgment, plus administrative charges of $11,200.54; and

2)      Post-judgment interest and costs.

Respectfully submitted,

**PETER G. STRASSER**
**UNITED STATES ATTORNEY**


 *s/Brock D. Dupre*
**BROCK D. DUPRE (#28563)**
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana   70130-7212
Telephone:   (504) 680-3000
Facsimile:   (504) 680-3184
Email: *Brock.Dupre@usdoj.gov*


**United States will serve request for waiver of service**
**via Certified Mail, Returned Receipt Requested on:**

Anh Thi Van
13559 Dwyer Blvd.
New Orleans, LA 70129
And
7330 Read Blvd.
New Orleans, LA 70127



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Small Business Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Anh Van
13559 Dwyer Blvd
New Orleans, LA 70129

RE: Treasury Claim TRFM2014062927

I certify that the U.S. Small Business Administration (SBA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---:|
| Principal: | $ | 29,653.61 |
| Interest through 04/08/19*: | $ | 0.00 |
| DMS fees: | $ | 9,489.16 |
| DOJ fees: | $ | 1,210.60 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 04/08/19:      $ 40,353.37**

*NOTE: Per the creditor agency profile, the debt continues to accrue interest at the annual rate of 0.00%

This debt arose in connection with the co-debtor's September, 2013 default on a SBA Secured home disaster loan Loan (#DLH1542806001) in the amount of $40,000.00.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Small Business Administration.

X _Natalie R. Stubbs_

Signed by: Natalie R. Stubbs
Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Small Business Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Anh Thi Van
7330 Read Blvd.
New Orleans, LA 70127

RE: Treasury Claim TRFM1500212192

I certify that the U.S. Small Business Administration (SBA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 23,590.72 |
| Interest through 04/08/19*: | $ | 7,450.79 |
| DMS fees: | $ | 9,933.28 |
| DOJ fees: | $ | 1,267.26 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 04/08/19:      $ 42, 242.05**

*NOTE: Per the creditor agency profile, the debt continues to accrue interest at the annual rate of 8.00% (or $5.17 daily).

This debt arose in connection with the co-debtor's July, 2014 default on a SBA Express (#5361275000) in the amount of $25,000.00.

**CERTIFICATION:**   Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Small Business Administration.

X  *Natalie R. Stubbs*

Signed by: Natalie R. Stubbs
Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

Anh Thi Van

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Orleans
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Brock D. Dupre (#28563), U.S. Attorney's Office
650 Poydras St., Ste. 1600, New Orleans, LA 70130
Tel: (504) 680-3000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
31 USC § 3701, et seq.

Brief description of cause:
Default on SBA loan

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
08/29/2019

SIGNATURE OF ATTORNEY OF RECORD
s/ Brock D. Dupre

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____